**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Erin M. Kocotis | : | |
| DEBTOR | : | BKY. NO.  17-16362MDC13 |
| Erin M. Kocotis | : | |
| Plaintiff | | |
| vs. | : | ADV. NO. |
| PHH Mortgage Services | : | |
| Defendant | | |

## COMPLAINT TO DETERMINE SECURED STATUS of 2nd Mortgage, PHH Mortgage Services

1. Debtor filed for protection under Chapter 13 on September 18, 2017.
2. Debtor owns her residence 4221 Fairdale Road, Philadelphia, PA with an appraised value of $120,000. Exhibit A.
3. Debtor has City liens of approximately $5,700 and a 1st mortgage with Nationstar of approximately $128,000 for senior liens totally $133,700.
4. The 2nd mortgage to PHH in the approximate amount of $58,000 is wholly unsecured.
5. The 3rd mortgage debt to PHFA in the amount of $9,469 is wholly unsecured.

WHEREFORE, Debtor prays that this Honorable Court entered an order finding the 2nd mortgage wholly unsecured pursuant to 11 USC 506 and in Re: McDonald

Respectfully submitted,

Date: **October 3, 2017**       BY: /s/ Michael A. Cataldo
MICHAEL A. CATALDO, ESQUIRE
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215-735-1060/fax 215-735-6769