B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re

    Erin M. Kocotis                           Bankruptcy No. 17-16362MDC

        Debtor

Erin M. Kocotis

        Plaintiff                      Adversary No. 17-00297

    vs.

PHH Mortgage Services

        Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. Answer is due **11/03/2017**.

    Address of Clerk                     U.S. Bankruptcy Court
                                                          Robert N.C. Nix Building
                                                          900 Market Street, Suite 400
                                                          Philadelphia PA  19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney         Michael A. Cataldo, Esquire
                                                           1500 Walnut Street
                                                           Suite 900
                                                           Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                     FOR THE COURT

                                                                     TIMOTHY B. MCGRATH
                                                                     CLERK

October 4, 2017

                                                                     By: s/ Antoinette Stevenson
                                                                     Deputy Clerk