UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Erin M. Kocotis<br>    Debtor<br><br>HSBC Bank USA, N.A<br>    Defendant<br><br>v.<br><br>Erin M. Kocotis<br>    Plaintiff | Chapter 13<br><br>Bankruptcy no. 17-16362-MDC<br>Adversary No. 17-00297-MDC<br><br>Related to Document No. 1 |

**ANSWER OF HSBC BANK USA, N.A. TO DEBTOR'S COMPLAINT TO DTERMINE SECURED STATUS OF 2ND MORTGAGE**

Defendant, HSBC Bank, USA, N.A, (hereinafter "Defendant"), by and through its attorney Celine DerKrikorian, Esquire, and McCabe, Weisberg & Conway, P.C., hereby responds to Plaintiff's Complaint as follows:

1. Admitted.

2. Admitted in part, denied in part. It is admitted that Plaintiff owns her residence at 4221 Fairdale Road, Philadelphia, PA and it is also admitted that attached as Exhibit "A" is appraisal. The remaining allegations of this paragraph of Plaintiff's Complaint are denied as a conclusion of law to which no response is required.

3. Admitted in part, denied in part. It is admitted that here is a senior lien on the Property, the remaining allegations of this paragraph of Plaintiff's Complaint are denied as a conclusion of law to which no response is required.

4. Denied. The allegation of this paragraph of Plaintiff's Complaint is denied as a conclusion of law to which no response is required. By way of further response, Defendant reserves its right to obtain its own appraisal with regards to the Property.

5. Denied. The allegation of this paragraph of Plaintiff's Complaint is denied as Defendant is without sufficient information <u>is</u> without sufficient knowledge to form a belief or opinion with regards to the status of the third mortgage, and accordingly must deny the same.

WHEREFORE, the Defendant, HSBC Bank, N.A. respectfully request this Honorable Court enter an Order dismissing the Adversary Complaint, and for such other and additional relief as is just.

Dated: November 3, 2017

<u>/s/ Celine DerKrikorian</u>
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for HSBC Bank, N.A.
123 South Broad Street, Suite 1400
Philadelphia, PA  19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com