Lender Case No. 2039495466    Page # 1 of 32

| Borrower/Client | Erin M. Kocotis | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | | |
| City | Philadelphia | County | Philadelphia | | | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | | |



### Subject Front

| | |
|---|---|
| 4221 Fairdale Rd | |
| Sales Price | |
| Gross Living Area | 1,307 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2439 sf |
| Quality | Q4 |
| Age | 60 |



### Subject Rear



### Subject Street

Subject Photo Page

| Borrower/Client | Erin M. Kocotis | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | | |
| City | Philadelphia | County | Philadelphia | | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | | |



### Subject Front

| | |
|---|---|
| 4221 Fairdale Rd | |
| Sales Price | |
| Gross Living Area | 1,307 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2439 sf |
| Quality | Q4 |
| Age | 60 |



### Subject Rear



### Subject Street

# Uniform Residential Appraisal Report

File # 2039495466

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | | | |
|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | City Philadelphia | State PA | Zip Code 19154 |
| Borrower | Erin M. Kocotis | Owner of Public Record | Erin M. Kocotis | County Philadelphia |

Legal Description   Document#50899603

| | | | |
|---|---|---|---|
| Assessor's Parcel # 662580 | Tax Year 2017 | R.E. Taxes $ 2,349 | |
| Neighborhood Name Millbrook | Map Reference 37964 | Census Tract 0362.03 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ 0 | ☐ PUD | HOA $ 0 | ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) ascertain market value | | | | |

Lender/Client ORSS   Address 500 City Parkway West, Suite 200, Orange , CA 92868

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).   Trend Public Records, 10.21.2017

## CONTRACT

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| | | |
|---|---|---|
| Contract Price $ | Date of Contract | Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban ☐ Suburban ☐ Rural | | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE $ (000) | AGE (yrs) | One-Unit | 90 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | Low 61 | 25 | 2-4 Unit | % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | High 449 | 125 | Multi-Family | % |
| | | | | | | Pred. 203 | 45 | Commercial | 10 % |
| | | | | | | | | Other | % |

Neighborhood Boundaries   Woodhaven Rd. to east, Woodhhaven Rd. to north, Knight Rd. to west, 95 to south

Neighborhood Description   The subject has average access to highways, employment, houses of worship, retail, schools, and recreation facilities. One Unit Housing for fee simple solds within 1 mile of the subject and within 12 months of the as of date.

Market Conditions (including support for the above conclusions)   Per an analysis of Trend market statistics for the subject's community and estimated range over the prior 12 months, average sale and list price have been stable as has the number of sales and listings.

## SITE

| | | | |
|---|---|---|---|
| Dimensions 17.91 x 136.16 | Area 2439 sf | Shape rectangular | View N;Res; |
| Specific Zoning Classification RSA4 | Zoning Description residential single family allowed | | |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street macadam | | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley none | | | |

| | | | |
|---|---|---|---|
| FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone X | FEMA Map # 4207570128G | FEMA Map Date 01/17/2007 |

Are the utilities and off-site improvements typical for the market area?   ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☒ No If Yes, describe

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls | masonry/avg | Floors | tl/lm/vnyl/cpt/fair |
| # of Stories 2 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | vnyl/avg | Walls | drywall/fair |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | | Basement Area 645 sq.ft. | | Roof Surface | composite/fair | Trim/Finish | wd/avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 30 % | | Gutters & Downspouts | aluminum/avg | Bath Floor | tile/fair |
| Design (Style) row | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | dblhung/fair | Bath Wainscot | tile/avg |
| Year Built 1957 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | yes/fair | Car Storage ☐ None | |
| Effective Age (Yrs) 30 | | ☐ Dampness ☐ Settlement | | Screens | yes/avg | ☒ Driveway # of Cars 2 | |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | ☐ Woodstove(s) # 0 | Driveway Surface concrete | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel gas | | ☐ Fireplace(s) # 0 | ☒ Fence rear | ☐ Garage # of Cars 0 | |
| ☐ Floor ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck patio | ☐ Porch | ☐ Carport # of Cars 0 | |
| ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool none | ☐ Other none | ☐ Att. ☐ Det. ☐ Built-in | |

| | | | | | |
|---|---|---|---|---|---|
| Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | | | | |
| Finished area above grade contains: Rooms 6 | Bedrooms 3 | Bath(s) 1.0 | 1,307 Square Feet of Gross Living Area Above Grade | | |

Additional features (special energy efficient items, etc.).   n/a

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C5;No updates in the prior 15 years;The subject is in fair condition with deferred maintenance detailed in Supplemental Addendum.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes ☐ No If No, describe

Uniform Residential Appraisal Report     File # 2039495466

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| There are | 6 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 117,000 to $ 152,000 . | | |
| There are | 51 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 117,000 to $ 152,000 . | | |
| Address | 4221 Fairdale Rd<br>Philadelphia, PA 19154 | 4215 Fairdale Rd<br>Philadelphia, PA 19154 | 4230 Whiting Rd<br>Philadelphia, PA 19154 | 4165 Farmdale Rd<br>Philadelphia, PA 19154 |
| Proximity to Subject | | 0.02 miles NW | 0.13 miles E | 0.04 miles NW |
| Sale Price | $ | $ 117,000 | $ 142,000 | $ 152,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 90.28 sq.ft. | $ 109.57 sq.ft. | $ 117.28 sq.ft. |
| Data Source(s) | | TrendMLS#6890017;DOM 22 | TrendMLS#6850208;DOM 93 | TrendmLS#6893320;DOM 65 |
| Verification Source(s) | | Ext Insp / Trend Realty Records | Ext Insp / Trend Realty Records | Ext Insp / Trend Realty Records |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Cash;0 | | Conv;0 | | FHA;9120 | -9,120 |
| Date of Sale/Time | | s03/17;c01/17 | | s02/17;c01/17 | | s02/17;c01/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2439 sf | 2736 sf | 0 | 1794 sf | 0 | 2765 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | AT2;row | AT2;row | | AT2;row | | AT2;row | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q3 | -2,500 |
| Actual Age | 60 | 60 | | 43 | -1,700 | 53 | 0 |
| Condition | C5 | C5 | | C4 | -10,000 | C4 | -10,000 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 6 / 3 / 1.0 | 6 / 3 / 1.0 | | 6 / 3 / 1.0 | | 6 / 3 / 1.0 | |
| Gross Living Area | 1,307 sq.ft. | 1,296 sq.ft. | 0 | 1,296 sq.ft. | 0 | 1,296 sq.ft. | 0 |
| Basement & Finished | 645sf194sfin | 648sf648sfwo | -1,816 | 648sf400sfwo | 0 | 648sf648sfin | -1,816 |
| Rooms Below Grade | 0rr1br0.1ba0o | 1rr0br0.1ba0o | 0 | 1rr0br0.1ba0o | 0 | 1rr0br0.1ba0o | 0 |
| Functional Utility | avg | avg | | avg | | avg | |
| Heating/Cooling | cac | cac | | cac | | cac | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 2dw | 2dw | | 2dw | | 2dw | |
| Porch/Patio/Deck | patio | patio/prch | -1,000 | patio | | porch | 0 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -2,816 | ☐ + ☒ - | $ -11,700 | ☐ + ☒ - | $ -23,436 |
| Adjusted Sale Price<br>of Comparables | | Net Adj. 2.4 %<br>Gross Adj. 2.4 % | $ 114,184 | Net Adj. 8.2 %<br>Gross Adj. 8.2 % | $ 130,300 | Net Adj. 15.4 %<br>Gross Adj. 15.4 % | $ 128,564 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   TrendRealty Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   TrendRealty Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TrendRealtyRecords | TrendRealtyRecords | TrendRealtyRecords | TrendRealtyRecords |
| Effective Date of Data Source(s) | 10/21/2017 | 10/21/2017 | 10/21/2017 | 10/21/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales   There were no prior sales or transfers of the subject or the comparables within the specified timeframes.

Summary of Sales Comparison Approach   The subject and the comps in its subdivision of Millbrook are all 1296 sf in Trend Public Records.  The appraiser measured the  subject as 1307 sf.  The difference in GLA between Trend Public Records and the  appraiser's measurements is nominal and due to measurement artifact.  Accordingly, there is no adjustment for GLA for comps with GLA of 1296 sf.  Comps 1-3 are within 8 months of the as of date.  All the comps except Comp 5 are within .20 miles of the subject.  Comp 5 exceeds the one mile parameter by .35 miles.  It was the best second active available.  It is located on the opposite side of Woodhaven Rd. from the subject but there is not a significant difference between these locations.  The net and gross adjustments are within normal limits except for Comp 3 which slightly exceeds 15% net.  The subject is below the predominant value for the community but this does not appear to negatively impact marketability.

Indicated Value by Sales Comparison Approach $   125,000
Indicated Value by: Sales Comparison Approach $ 125,000   Cost Approach (if developed) $ 124,625   Income Approach (if developed) $
See attached addenda.

This appraisal is made ☒ "as is",   ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or   ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, defined, of the real property that is the subject of this report is $ 125,000 , as of 10/21/2017 , which is the date of inspection and the effective date of this appraisal.

Lender Case No. 2039495466 | Page # 5 of 32

Uniform Residential Appraisal Report    File # 2039495466

---

**ADDITIONAL COMMENTS**

n/a

---

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    Site value is estimated at 36% of estimated value.

| ESTIMATED | ☐ REPRODUCTION OR | ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 45,000 |
|---|---|---|---|---|
| Source of cost data | Marshall Valuation Co. | | DWELLING 1,307 Sq.Ft. @ $ 125.00 | =$ 163,375 |
| Quality rating from cost service | avg | Effective date of cost data 10/2017 | 645 Sq.Ft. @ $ 35.00 | =$ 22,575 |

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

Site value is more than 30% of estimated value, due to improvements depreciating but this is not atypical in this community and does not negatively impact value. Age life method utilized to estimated all forms of depreciation. A lump sum has been added to physical depreciation for deferred maintenance.

| | |
|---|---|
| Garage/Carport 0 Sq.Ft. @ $ | =$ |
| Total Estimate of Cost-New | =$ 185,950 |
| Less Physical Functional External | |
| Depreciation 111,325 | =$( 111,325) |
| Depreciated Cost of Improvements | =$ 74,625 |
| "As-is" Value of Site Improvements | =$ 5,000 |

| Estimated Remaining Economic Life (HUD and VA only) | 30 Years | INDICATED VALUE BY COST APPROACH | =$ 124,625 |
|---|---|---|---|

---

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

---

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No   Data Source

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

---

Uniform Residential Appraisal Report    File # 2039495466

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report

Lender Case No. 2039495466    Page # 7 of 32
File #    2039495466

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Uniform Residential Appraisal Report    File #    2039495466

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:        The  Supervisory  Appraiser  certifies  and  agrees  that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature  *Fred M. Taylor* | Signature |
| Name  Fred M. Taylor | Name |
| Company Name  Taylor Valuation Co. | Company Name |
| Company Address  134 Avondale Ave. | Company Address |
| Haddonfield, NJ 08033 | |
| Telephone Number  856-281-5353 | Telephone Number |
| Email Address  ftaylor@taylorvaluationcompany.com | Email Address |
| Date of Signature and Report  10/25/2017 | Date of Signature |
| Effective Date of Appraisal  10/21/2017 | State Certification # |
| State Certification #  GA001739R | or State License # |
| or State License # | State |
| or Other (describe)        State # | Expiration Date of Certification or License |
| State  PA | |
| Expiration Date of Certification or License  06/30/2019 | SUBJECT PROPERTY |

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

ADDRESS OF PROPERTY APPRAISED

4221 Fairdale Rd
Philadelphia, PA 19154
APPRAISED VALUE OF SUBJECT PROPERTY $        125,000

LENDER/CLIENT
Name  Independent Settlement Services
Company Name  ORSS
Company Address  500 City  Parkway West, Suite 200, Orange ,
CA 92868
Email Address

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Case 17-00297-mdc    Doc 4-1    Filed 11/03/17    Entered 11/03/17 09:40:26    Desc

Photograph Addendum
Exhibit A    Page 9 of 32

Lender Case No. 2039495466  |  Page # 9 of 32

| Borrower/Client | Erin M. Kocotis | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | |



**Driveway**



**Patio**



**Rear yard**



**cac**





**Per owner electrical service needs replacing
at cost of $2500**



**Rear Slate needs resetting**

Form PICSIX2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Photograph Addendum**

| Borrower/Client | Erin M. Kocotis | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | |



**front steps need repair**

Interior Photos

| | | |
|---|---|---|
| Borrower/Client | Erin M. Kocotis | |
| Property Address | 4221 Fairdale Rd | |
| City | Philadelphia | County Philadelphia    State PA    Zip Code 19154 |
| Lender | ORSS | |


**Foyer/entrance**


**Kitchen**


**Kitchen alternate view**


**Kitchen/Broken Cabinet**


**Dining Area**


**Living Room**


**Bed 1**


**Apparent Leak/Ceiling Stain**


**Second floor windows bad**


**Bed 2**


**Full Bath**


**Bed 3**


**Smoke Detector**


**Missing Closet Door in Bed**


**Paint needed**

| Lender Case No. 2039495466 | Page # 12 of 32 |

| Borrower/Client | Erin M. Kocotis | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | |



**Missing closet door in bed**



**Drywall damage**



**Paint**



**Tile flooring repair**



**Flooring repair**



**Paint**

Lender Case No. 2039495466   Page # 13 of 32

| Borrower/Client | Erin M. Kocotis | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code 19154 |
| Lender | ORSS | | | | | |



**Paint needed**



**Half bath in basement tile**



**Drywall repair**



**Laundry in basement**



**Heater**



**Hot water**

Lender Case No. 2039495466 | Page # 14 of 32

| Borrower/Client | Erin M. Kocotis | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | | |
| City | Philadelphia | County | Philadelphia | | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | | |



**Unfinished Basement area**



**Finish room in basement/10x10/no heat/drywall/laminate**



**scuttle**



**Stairs needs refinishing**



**fha vents**

Lender Case No. 2039495466 | Page # 15 of 32

| Borrower/Client | Erin M. Kocotis | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 644.76 Sq ft | 36 × 17.91 = 644.76 |
| **Total Living Area (Rounded):** | **645 Sq ft** | |

Building Sketch (Page 2)

| Borrower/Client | Erin M. Kocotis | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | |

Lender Case No. 2039495466   Page # 16 of 32



17.9'

Bedroom   Bedroom

Bath

Second Floor

[662.3 Sq ft]

Bedroom

37'   37'

17.9'

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| Second Floor | 662.3 Sq ft | 37 × 17.9 = 662.3 |
| **Total Living Area (Rounded):** | **662 Sq ft** | |

Building Sketch (Page 17)

| | |
|---|---|
| Borrower/Client | Erin M. Kocotis |
| Property Address | 4221 Fairdale Rd |
| City | Philadelphia    County  Philadelphia    State  PA    Zip Code  19154 |
| Lender | ORSS |



17.91'

Bath (half)

Laundry

Basement
[644.76 Sq ft]

Hot Water
Heater

36'        36'

Bonus Room

17.91'

TOTAL Sketch by a la mode, inc.                    **Area Calculations Summary**

| Non-living Area | | |
|---|---|---|
| Basement | 644.76 Sq ft | 36 × 17.91 = 644.76 |

File # 2039495466

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4221 Fairdale Rd<br>Philadelphia, PA 19154 | 4115 Whiting Rd<br>Philadelphia, PA 19154 | | 12213 Barbary Rd<br>Philadelphia, PA 19154 | | | |
| Proximity to Subject | | 0.17 miles NW | | 1.35 miles NW | | | |
| Sale Price | $ | | $ 147,900 | | $ 135,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 114.12 sq.ft. | | $ 101.35 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | TrendMLS#7018704;DOM 79 | | TrendMLS#7060533;DOM 28 | | | |
| Verification Source(s) | | Ext Insp / Trend Realty Records | | Ext Insp / Trend Realty Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Listing | | Listing | | | |
| Concessions | | Listing | | Listing | | | |
| Date of Sale/Time | | c09/17 | -9,000 | Active | -9,000 | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 2439 sf | 2633 sf | 0 | 2016 sf | 0 | | |
| View | N;Res; | N;Res; | | N;Res; | | | |
| Design (Style) | AT2;row | AT2;row | | AT2;row | | | |
| Quality of Construction | Q4 | Q4 | | Q4 | | | |
| Actual Age | 60 | 44 | -1,600 | 51 | 0 | | |
| Condition | C5 | C5 | | C4 | -10,000 | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 6 / 3 / 1.0 | 6 / 3 / 1.0 | | 6 / 3 / 1.0 | | / / | |
| Gross Living Area | 1,307 sq.ft. | 1,296 sq.ft. | 0 | 1,332 sq.ft. | -625 | sq.ft. | |
| Basement & Finished | 645sf194sfin | 648sf648sfwo | -1,816 | 533sf0sfin | 0 | | |
| Rooms Below Grade | 0rr1br0.1ba0o | 1rr0br0.1ba0o | 0 | | +1,500 | | |
| Functional Utility | avg | avg | | avg | | | |
| Heating/Cooling | cac | cac | | no cac | +1,500 | | |
| Energy Efficient Items | none | none | | none | | | |
| Garage/Carport | 2dw | 2dw | | 2dw | | | |
| Porch/Patio/Deck | patio | patio | | patio | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -12,416 | ☐ + ☒ - | $ -16,625 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 8.4 % | | Net Adj. 12.3 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 8.4 % | $ 135,484 | Gross Adj. 16.8 % | $ 118,375 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | TrendRealtyRecords | TrendRealtyRecords | TrendRealtyRecords | |
| Effective Date of Data Source(s) | 10/21/2017 | 10/21/2017 | 10/21/2017 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Lender Case No. 2039495466    Page # 19 of 32

### Comparable Photo Page

| Borrower/Client | Erin M. Kocotis | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | |



**Comparable 1**

4215 Fairdale Rd

| Prox. to Subject | 0.02 miles NW |
|---|---|
| Sale Price | 117,000 |
| Gross Living Area | 1,296 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2736 sf |
| Quality | Q4 |
| Age | 60 |



**Comparable 2**

4230 Whiting Rd

| Prox. to Subject | 0.13 miles E |
|---|---|
| Sale Price | 142,000 |
| Gross Living Area | 1,296 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1794 sf |
| Quality | Q4 |
| Age | 43 |



**Comparable 3**

4165 Farmdale Rd

| Prox. to Subject | 0.04 miles NW |
|---|---|
| Sale Price | 152,000 |
| Gross Living Area | 1,296 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2765 sf |
| Quality | Q3 |
| Age | 53 |

Lender Case No. 2039495466    Page # 20 of 32

| Borrower/Client | Erin M. Kocotis | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code 19154 |
| Lender | ORSS | | | | | |



### Comparable 4
4115 Whiting Rd

| | |
|---|---|
| Prox. to Subject | 0.17 miles NW |
| Sale Price | 147,900 |
| Gross Living Area | 1,296 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2633 sf |
| Quality | Q4 |
| Age | 44 |



### Comparable 5
12213 Barbary Rd

| | |
|---|---|
| Prox. to Subject | 1.35 miles NW |
| Sale Price | 135,000 |
| Gross Living Area | 1,332 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2016 sf |
| Quality | Q4 |
| Age | 51 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

| Borrower/Client | Erin M. Kocotis | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | |



SUBJECT
4221 Fairdale Rd
Philadelphia, PA 19154

| Borrower/Client | Erin M. Kocotis | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code 19154 |
| Lender | ORSS | | | | | |



COMPARABLE No. 5
12213 Barbary Rd
Philadelphia, PA 19154
1.35 miles

SUBJECT
4221 Fairdale Rd
Philadelphia, PA 19154

COMPARABLE No. 4
4115 Whiting Rd
Philadelphia, PA 19154
0.17 miles

COMPARABLE No. 2
4230 Whiting Rd
Philadelphia, PA 19154
0.13 miles

COMPARABLE No. 3
4165 Farmdale Rd
Philadelphia, PA 19154
0.04 miles

COMPARABLE No. 1
4215 Fairdale Rd
Philadelphia, PA 19154
0.02 miles

**Supplemental Addendum**

File No. 2039495466

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Erin M. Kocotis | | | | | | |
| Property Address | 4221 Fairdale Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | |

90 DAY VALUE

The estimated 90 day value is $120,000.

LEAD BASED PAINT

As the subject is constructed prior to 1978, it may include lead based paint.  The lead based paint certification addendum is not included as the subject does not appear to be an FHA loan.  There are  defective paint surfaces throughout the interior.  The cost to repair was included in the cost to cure below for interior painting.  There are minimal defective paint surfaces on the exterior rear.  A line item has been included in the cost to cure to  repair exterior paint surfaces.  The total cost for paint related repairs, including interior and exterior surfaces is estimated at $4,500.

COST TO CURE

The subject has deferred maintenance, including the following:

Health/Safety

| | |
|---|---|
| Masonry repairs | |
| Front Steps | $1000 |
| Slate in rear | $ 500 |
| | |
| Electrical Service Line (per owner/ recommend inspection by expert) | $2500 |
| | |
| Roof (apparent leak in bedroom ceiling) | $2500 |
| | |
| Second floor windows (per owner/recommend inspection by expert) | $2000 |
| | |
| Total Health/Safety | $8500 |
| | |
| Cosmetic | |
| | |
| Drywall repairs throughout | $2000 |
| | |
| Interior painting throughout | $3500 |
| | |
| Exterior painting, first floor rear | $1000 |
| | |
| Refinish wood steps | $1500 |
| | |
| Repair broken kitchen cabinet | $ 100 |
| | |
| Install closet doors in three bedrooms | $ 750 |
| | |
| Repair damaged flooring | $1000 |
| | |
| Total Cosmetic | $8850 |
| | |
| Total Health/Safety + Cosmetic | $18,350 |

**• URAR: Reconciliation - Reconciliation and Final Value Conclusion**
The Sales Comparison Approach is relied on by market participants.  The Income Approach is less useful as investors tend to buy properties they  can rehab and flip rather than rent out and hold as an investment. The Cost Approach is not useful as depreciation is an unreliable estimate.  Comp 1 is  primarily relied on as it requires the least adjustments across all factors.  Comp 2 is relied on secondarily.  Comp 3 is relied on least.  Comp 1 is weighted 45%.  Comp 2 is weighted 30%.  Comp 3 is weighted 25%.

File No.    2039495466

January 1990

## REVISED LEAD BASED PAINT CERTIFICATION – SECOND REVISION

Defective paint surfaces are defined as cracking, scaling, chipping, peeling or loose paint surfaces on all interior and exterior surfaces on all structures which make up the subject property regardless of height.

This certification must be completed as part of all FHA appraisals on properties constructed prior to 1978.

FHA CASE NUMBER:

PROPERTY ADDRESS:    4221 Fairdale Rd
Philadelphia, PA 19154

I hereby certify that the above property has been visually inspected by me on        10/21/2017
and the following was found:

☐    No defective paint surfaces found.

☐    Defective paint surfaces found as follows:

☐        If defective paint is removed from any surface of the structure on the property, clear compliance for the removal will be given by the FHA fee appraiser only if the paint chips and other debris are collected in the removal process and disposed of properly.

Appraiser must transfer these narrative comments to the Valuation Condition Sheet, if defective paint surfaces are found.

I estimate the cost to treat the defective paint surface is        _____    .

Signature    _Fred Taylor_
Name  Fred M. Taylor
Date  10/25/2017
State Certification #  GA001739R                State  PA
Or State License #                                State

File No.    2039495466

January 1990

## REVISED LEAD BASED PAINT CERTIFICATION – SECOND REVISION

Defective paint surfaces are defined as cracking, scaling, chipping, peeling or loose paint surfaces on all interior and exterior surfaces on all structures which make up the subject property regardless of height.

This certification must be completed as part of all FHA appraisals on properties constructed prior to 1978.

FHA CASE NUMBER:

PROPERTY ADDRESS:    4221 Fairdale Rd
Philadelphia, PA 19154

I hereby certify that the above property has been visually inspected by me on    10/21/2017
and the following was found:

☐    No defective paint surfaces found.

☐    Defective paint surfaces found as follows:

☐    If defective paint is removed from any surface of the structure on the property, clear compliance for the removal will be given by the FHA fee appraiser only if the paint chips and other debris are collected in the removal process and disposed of properly.

Appraiser must transfer these narrative comments to the Valuation Condition Sheet, if defective paint surfaces are found.

I estimate the cost to treat the defective paint surface is    _____    .

Signature    *Fred Taylor*
Name    Fred M. Taylor
Date    10/25/2017
State Certification #    GA001739R    State    PA
Or State License #    State

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UAD Version 9/2011 (Updated 1/2014)

UNIFORM APPRAISAL DATASET DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Lender Case No. 2039495466    Page # 27 of 32

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Lender Case No. 2039495466     Page # 28 of 32

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

| Borrower | Erin M. Kocotis | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4221 Fairdale Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19154 |
| Lender | ORSS | | | | | | |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report             This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report   This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:      3-6 months

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the
  three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year
  period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased
professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties
involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of
the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that
were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each
individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

**APPRAISER:**

Signature: *Fred Taylor*
Name: Fred M. Taylor
Date Signed: 10/25/2017
State Certification #: GA001739R
or State License #:
State: PA
Expiration Date of Certification or License: 06/30/2019
Effective Date of Appraisal: 10/21/2017

**SUPERVISORY APPRAISER: (only if required)**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior

# Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 4221 Fairdale Rd | City | Philadelphia | State | PA | ZIP Code | 19154 |
|---|---|---|---|---|---|---|---|

| Borrower | Erin M. Kocotis |
|---|---|

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 22 | 17 | 12 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 3.67 | 5.67 | 4.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 16 | 7 | 6 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 4.4 | 1.2 | 1.5 | ☒ Declining | ☐ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 131,182 | 133,569 | 139,867 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 62 | 17 | 12 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 136,531 | 131,221 | 135,045 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 62 | 17 | 12 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 96% | 102% | 104% | ☐ Declining | ☒ Stable | ☐ Increasing |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    Seller concessions are less than 6%.

Are foreclosure (REO sales) a factor in the market?    ☒ Yes    ☐ No    If yes, explain (including the trends in listings and sales of foreclosed properties).

There are distressed sales which have a downward impact on price.

Cite data sources for above information.    TrendMLS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The market data provided was determined by criteria that would be used by a prospective buyer of the subject property: Single family units in 19154  between $117,000 to $152,000. Please note median home prices were not available through market statistics resources, as all figures above are reflected as averages. Median Comparable Listings Days on Market was not available.

## CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| Signature | | Signature | |
|---|---|---|---|
| Fred Taylor (signature) | | | |
| Appraiser Name | Fred M. Taylor | Supervisory Appraiser Name | |
| Company Name | Taylor Valuation Co. | Company Name | |
| Company Address | 134 Avondale Ave., Haddonfield, NJ 08033 | Company Address | |
| State License/Certification # | GA001739R | State | PA | State License/Certification # | | State | |
| Email Address | ftaylor@taylorvaluationcompany.com | Email Address | |





**GREAT AMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**ERRORS & OMISSIONS INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

### THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒  Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:  **RAP3668638-17**                    Renewal of:  **RAP3668638-16**

Program Administrator:     **Herbert H. Landy Insurance Agency Inc.**
                           **75 Second Ave Suite 410  Needham, MA 02494-2876**

Item 1. **Named Insured**:     **Fred Taylor**

Item 2. **Address**:               **134 Avondale Ave.**
         City, State, Zip Code:     **Haddonfield, NJ 08033**

Item 3. **Policy Period**: From     **03/25/2017**     To     **03/25/2018**
                                   *(Month, Day, Year)    (Month, Day, Year)*
         (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability**:

   A. $   **500,000**        **Damages** Limit of Liability – Each **Claim**

   B. $   **500,000**        **Claim Expenses** Limit of Liability – Each **Claim**

   C. $   **1,000,000**      **Damages** Limit of Liability – Policy Aggregate

   D. $   **1,000,000**      **Claim Expenses** Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of **Claim Expenses**):

   A. $   **500**            Each **Claim**

   B. $   **1,000**          Aggregate

Item 6. **Premium**: $     **573.00**                **Additional 0.6% NJ Guaranty Fund Surcharge $3.44**

Item 7. **Retroactive Date** (if applicable):     **03/25/2003**

Item 8. **Forms, Notices and Endorsements attached**:
         **D42100 (03/15)  D42300 NJ (05/13)**
         **D42408 (05/13)  D42402 (05/13)  IL7324 (08/12)**

*Betsy a. Ferguson*
Authorized Representative

D42101 (03/15)                                                                 Page 1 of 1